**Sealed**
Public and unofficial staff access
to this instrument are
prohibited by court order

United States Courts
Southern District of Texas
FILED

*November 07, 2024*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA                    §
                                            §
vs.                                         §
                                            §
[1] FRANCISCO JARAMILLO-VALDOVINOS,         §
    a/k/a "Chico Jaramillo,"                §
[2] ANGELBERTO QUEZADA-MEJIA,               §
    a/k/a "Beto,"                            §
[3] FNU LNU,                                §
    a/k/a "Horacio,"                         §
    a/k/a "Artista,"                         §
    a/k/a "Romeo,"                           §
[4] ALEJANDRO OLMEDO-RODRIGUEZ,             §   CRIMINAL NO. **4:24-cr-00580**
    a/k/a "Mago,"                            §
    a/k/a "Christian,"                       §
[5] JOEL QUEZADA-REYES,                     §   FILED UNDER SEAL
    a/k/a "Jose,"                            §
[6] DAVID MEJIA-QUEZADA,                    §
    a/k/a "Chuy,"                            §
[7] JAIME HUGO SANCHEZ,                      §
    a/k/a "Roman,"                           §
[8] DIEGO GONZALEZ-ROSALES,                 §
[9] NABEEL IQBAL,                           §
[10] ASAD WALI KESARIA,                     §
[11] YOSSIO RESENDEZ,                       §
[12] LORENA ARAQUISTAIN,                    §
[13] AGUILEO DUARTE-CHAVEZ,                 §
[14] VICTOR GARCIA-CISNEROS,                §
[15] PRIMO HERNANDEZ-GARCIA,                §
[16] CLISERIO NAJERA-VALENZUELA,            §
    a/k/a "Bruno Najera-Valenzuela,"         §
    a/k/a "Bartolo Valenzuela,"              §
[17] MARCOS PINEDA-MENDOZA,                 §
[18] JUAN CONTRERAS-MORALES,                §
[19] ABEL DELGADO-ROJAS,                    §
[20] ROGELIO ZUNIGA-REYES,                  §
[21] YONATAN DUARTE-GARCIA,                 §
    a/k/a "Yhonny,"                          §
[22] DIEGO MACENTYRE-RODRIGUEZ,             §
[23] ANDRES RAMIREZ-DUARTE,                 §
[24] NORBERTO CORONADO-MATA,                §

1

[25] MAYCO JAIMES,                                    §
[26] MARCOS ANTONIO ZAPATA,                            §
[27] ALEX PEREZ-SANCHEZ,                               §
[28] KALLE ROBERT CORT,                                §
[29] JOSE HERNANDEZ-OLVERA,                            §
[30] JESUS HORACIO GARZA,                              §
[31] ENIO GONZALEZ-BARRETO,                            §
[32] BRANDY NIKOLL MEADOWS,                            §
    a/k/a "Brandy Raines,"                            §
[33] OTHONIEL GONZALEZ II,                             §
    a/k/a "Tony,"                                     §
[34] CRISTIAN ALEXIS GARZA,                            §
                                                       §
    *Defendants.*                                     §

## CRIMINAL INDICTMENT

THE GRAND JURY CHARGES THAT:

## INTRODUCTION

At all times material to this Indictment:

1.      Defendants [2] Angelberto Quezada-Mejia, [3] FNU LNU a/k/a "Horacio," [4] Alejandro Olmedo-Rodriguez, [5] Joel Quezada-Reyes, [6] David Mejia-Quezada, [7] Jaime Hugo Sanchez, [8] Diego Gonzalez-Rosales, and others known and unknown to the Grand Jury (collectively, the "Mexican Cell Phone Vendors") lived in Mexico and owned and operated businesses in Mexico that engaged in the purchase and sale of cellular telephones.

2.      Defendants [9] Nabeel Iqbal, [10] Asad Wali Kesaria, and others known and unknown to the Grand Jury (collectively, the "Houston Cell Phone Vendors") lived in and around Houston, Texas, and owned and operated businesses in and around Houston, Texas, that engaged in the purchase and sale of cellular telephones.

3.      Defendants [11] Yossio Resendez, [12] Lorena Araquistain, [13] Aguileo Duarte-Chavez, [14] Victor Garcia Cisneros, [15] Primo Hernandez-Garcia, [16] Cliserio Najera-

Valenzuela, [17] Marcos Pineda-Mendoza, [18] Juan Contreras-Morales, [19] Abel Delgado-Rojas, [20] Rogelio Zuniga-Reyes, [21] Yonatan Duarte-Garcia, [22] Diego Macentyre-Rodriguez, [23] Andres Ramirez-Duarte, [24] Norberto Coronado-Mata, [25] Mayco Jaimes, [26] Marcos Antonio Zapata, [27] Alex Perez-Sanchez, [28] Kalle Robert Cort, [29] Jose Hernandez-Olvera, [30] Jesus Horacio Garza, [31] Enio Gonzalez-Barreto, [32] Brandy Nikoll Meadows, [33] Othoniel Gonzalez II, [34] Cristian Alexis Garza, and others known and unknown to the Grand Jury (collectively, the "Houston Money Couriers") delivered U.S. currency to Houston Cell Phone Vendors to pay for cellular telephones that Mexican Cell Phone Vendors had ordered from Houston Cell Phone Vendors.

4.      Defendant [1] Francisco Jaramillo-Valdovinos a/k/a "Chico Jaramillo" and others known and unknown to the Grand Jury (collectively, the "Mexico-based Drug Traffickers") directed Houston Money Couriers to deliver U.S. currency to Houston Cell Phone Vendors in payment for cellular telephones ordered by one or more Mexican Cell Phone Vendors.

5.      Collectively, the Mexican Cell Phone Vendors, the Houston Cell Phone Vendors, the Houston Money Couriers, and the Mexico-Based Drug Traffickers were engaged in a complex multi-national trade-based money laundering scheme revolving around cellular telephones. The scheme operated in the following way:

a.      The Mexican Cell Phone Vendors conducted periodic business transactions in which they contracted to buy cellular telephones from the Houston Cell Phone Vendors.

b.      To pay these contracts, Mexican Cell Phone Vendors arranged to have U.S. currency delivered to the Houston Cell Phone Vendors that was proceeds of a specified unlawful activity, specifically proceeds from the manufacture, importation, sale, and distribution of a

3

controlled substance (as such term is defined for the purposes of the Controlled Substances Act) (the "Cash Drug Proceeds").

        c.     The Mexican Cell Phone Vendors found available Cash Drug Proceeds in the greater Houston area by going through *casas de cambio* or "exchange houses" in Mexico that acted as brokers between the Mexican Cell Phone Vendors and the Mexico-based Drug Traffickers, most notably members of the JALISCO NEW GENERATION CARTEL.

        d.     In return for Cash Drug Proceeds that the Houston Money Couriers delivered to the Houston Cell Phone Vendors at the direction of the Mexico-based Drug Traffickers, the Mexican Cell Phone Vendors paid the Mexico-based Drug Traffickers, directly or indirectly, in pesos.

        e.     Having received payment in the form of Cash Drug Proceeds delivered by Money Couriers, the Houston Cell Phone Vendors fulfilled their contracts by shipping cellular telephones to the Mexican Cell Phone Vendors.

        6.     A Financial Undercover Operation was conducted in which agents with the Drug Enforcement Administration and the Internal Revenue Service—Criminal Investigations infiltrated this money laundering network. A storefront was established in the greater Houston area. Undercover officers and confidential sources coordinated with Mexican Cell Phone Vendors and Mexico-Based Drug Traffickers, known and unknown, to receive deliveries of U.S. currency at the storefront as payment for cellular phone orders placed by the Mexican Cell Phone Vendors. Each delivery was video and audio recorded. During the Financial Undercover Operation, undercover officers and confidential sources received millions in Cash Drug Proceeds from dozens of identified Houston Money Couriers.

7.     Between on or about January 2023 and on or about October 2024, law enforcement seized from identified Houston Money Couriers or their co-conspirators multiple kilograms of controlled substances including cocaine, heroin, methamphetamine, marijuana, and alprazolam.

**<u>COUNT ONE</u>**
Conspiracy to Launder Monetary Instruments

8.     Paragraphs 1-8 are realleged and incorporated by reference as though fully set forth herein.

9.     From at least in or about January 2023 through in or about October 2024, within the Southern District of Texas and elsewhere, defendants

**[1] FRANCISCO JARAMILLO-VALDOVINOS,
[2] ANGELBERTO QUEZADA-MEJIA,
[3] FNU LNU a/k/a "HORACIO,"
[4] ALEJANDRO OLMEDO-RODRIGUEZ,
[5] JOEL QUEZADA-REYES,
[6] DAVID MEJIA-QUEZADA,
[7] JAIME HUGO SANCHEZ,
[8] DIEGO GONZALEZ-ROSALES,
[9] NABEEL IQBAL,
[10] ASAD WALI KESARIA,
[11] YOSSIO RESENDEZ,
[12] LORENA ARAQUISTAIN,
[13] AGUILEO DUARTE-CHAVEZ,
[14] VICTOR GARCIA-CISNEROS,
[15] PRIMO HERNANDEZ-GARCIA,
[16] CLISERIO NAJERA-VALENZUELA,
[17] MARCOS PINEDA-MENDOZA,
[18] JUAN CONTRERAS-MORALES,
[19] ABEL DELGADO-ROJAS,
[20] ROGELIO ZUNIGA-REYES,
[21] YONATAN DUARTE-GARCIA,
[22] DIEGO MACENTYRE-RODRIGUEZ,
[23] ANDRES RAMIREZ-DUARTE,
[24] NORBERTO CORONADO-MATA,
[25] MAYCO JAIMES,
[26] MARCOS ANTONIO ZAPATA,
[27] ALEX PEREZ-SANCHEZ,
[28] KALLE ROBERT CORT,**

**[29] JOSE HERNANDEZ-OLVERA,**
**[30] JESUS HORACIO GARZA,**
**[31] ENIO GONZALEZ-BARRETO,**
**[32] BRANDY NIKOLL MEADOWS,**
**[33] OTHONIEL GONZALEZ II,**
**[34] CRISTIAN ALEXIS GARZA,**

did knowingly combine, conspire, and agree with each other and with other persons known and unknown to the Grand Jury to knowingly conduct and attempt to conduct financial transactions involving monetary instruments affecting interstate commerce and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, violations of Title 21, United States Code, Sections 841 and 846, knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity and knowing that the transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i) & Section 1956(h).

## COUNTS TWO THROUGH TWENTY-THREE
Laundering of Monetary Instruments

10.     On or about the dates identified below, within the Southern District of Texas and elsewhere, the defendants identified below, together and with others both known and unknown to the Grand Jury, did knowingly conduct, attempt to conduct, aid, abet, and assist others to conduct a financial transaction involving monetary instruments that affected interstate and foreign commerce, to wit: the financial transactions identified below, which transactions involved the proceeds of specified unlawful activity, that is, violations of Title 21, United States Code, Sections 841 and 846, knowing that the transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and while conducting, attempting to conduct, aiding, abetting, and assisting others to

6

conduct the transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i) and Title 18, United States Code, Section 2.

| Count | Defendant(s) | On or About Date | Financial Transaction |
|---|---|---|---|
| 2 | [2] Angelberto Quezada-Mejia<br><br>[9] Nabeel Iqbal | January 9, 2023 | The transfer of approximately $141,880 U.S. currency from Person #1 to NABEEL IQBAL in the greater Houston, Texas, area as payment for cellular phones ordered by ANGELBERTO QUEZADA-MEJIA |
| 3 | [2] Angelberto Quezada-Mejia<br><br>[13] Aguileo Duarte-Chavez | October 11, 2023 | The transfer of approximately $50,000 U.S. currency from AGUILEO DUARTE-CHAVEZ to Person #2 in the greater Houston, Texas, area as payment for cellular phones ordered by ANGELBERTO QUEZADA-MEJIA |
| 4 | [3] FNU LNU a/k/a "Horacio"<br><br>[15] Primo Hernandez-Garcia | November 3, 2023 | The transfer of approximately $26,100 U.S. currency from PRIMO HERNANDEZ-GARCIA to Person #2 in the greater Houston, Texas, area as payment for cellular phones ordered by FNU LNU a/k/a "HORACIO" |
| 5 | [2] Angelberto Quezada-Mejia | November 6, 2023 | The transfer of approximately $200,010 U.S. currency from Person #3 to Person #2 in the greater Houston, Texas, area as payment for cellular phones ordered by ANGELBERTO QUEZADA-MEJIA |
| 6 | [3] FNU LNU a/k/a "Horacio"<br><br>[16] Cliserio Najera-Valenzuela | November 13, 2023 | The transfer of approximately $16,400 U.S. currency from CLISERIO NAJERA-VALENZUELA to Person #2 in the greater Houston, Texas, area as payment for cellular phones ordered by FNU LNU a/k/a "HORACIO" |

| Count | Defendant(s) | On or About Date | Financial Transaction |
|---|---|---|---|
| 7 | [5] Joel Quezada-Reyes<br><br>[17] Marcos Pineda-Mendoza | November 21, 2023 | The transfer of approximately $100,000 U.S. currency from MARCOS PINEDA-MENDOZA to Person #2 in the greater Houston, Texas, area as payment for cellular phones ordered by JOEL QUEZADA-REYES |
| 8 | [4] Alejandro Olmedo-Rodriguez | November 22, 2023 | The transfer of approximately $149,600 U.S. currency from Person #4 to Person #2 in the greater Houston, Texas, area as payment for cellular phones ordered by ALEJANDRO OLMEDO-RODRIGUEZ |
| 9 | [5] Joel Quezada-Reyes | November 28, 2023 | The transfer of approximately $169,495 U.S. currency from Person #5 to Person #2 in the greater Houston, Texas, area as payment for cellular phones ordered by JOEL QUEZADA-REYES |
| 10 | [6] David Mejia-Quezada<br><br>[21] Yonatan Duarte-Garcia | January 9, 2024 | The transfer of approximately $30,000 U.S. currency from YONATAN DUARTE-GARCIA to Person #2 in the greater Houston, Texas, area as payment for cellular phones ordered by DAVID MEJIA-QUEZADA |
| 11 | [3] FNU LNU a/k/a "Horacio"<br><br>[4] Alejandro Olmedo-Rodriguez<br><br>[24] Norberto Coronado-Mata | February 8, 2024 | The transfer of approximately $364,960 U.S. currency from NORBERTO CORONADO-MATA to an undercover officer in the greater Houston, Texas, area as payment for cellular phones ordered by FNU LNU a/k/a "HORACIO" and a wire transfer on behalf of ALEJANDRO OLMEDO-RODRIGUEZ |
| 12 | [7] Jaime Hugo Sanchez<br><br>[25] Mayco Jaimes | February 22, 2024 | The transfer of approximately $140,000 U.S. currency from MAYCO JAIMES to an undercover officer in the greater Houston, Texas, area as payment for cellular phones ordered by JAIME HUGO SANCHEZ |

| Count | Defendant(s) | On or About Date | Financial Transaction |
|---|---|---|---|
| 13 | [4] Alejandro Olmedo-Rodriguez | February 23, 2024 | The transfer of approximately $140,000 U.S. currency from Person #6 to an undercover officer in the greater Houston, Texas, area as payment for cellular phones ordered by ALEJANDRO OLMEDO-RODRIGUEZ |
| 14 | [7] Jaime Hugo Sanchez<br><br>[20] Rogelio Zuniga-Reyes | March 11, 2024 | The transfer of approximately $126,000 U.S. currency from ROGELIO ZUNIGA-REYES to an undercover officer in the greater Houston, Texas, area as payment for cellular phones ordered by JAIME HUGO SANCHEZ |
| 15 | [1] Francisco Jaramillo-Valdovinos<br><br>[6] David Mejia-Quezada | March 16, 2024 | The transfer of approximately $64,500 U.S. currency from Person #7 to an undercover officer in the greater Houston, Texas, area as payment for cellular phones ordered by DAVID MEJIA-QUEZADA |
| 16 | [6] David Mejia-Quezada<br><br>[26] Marcos Antonio Zapata | May 1, 2024 | The transfer of approximately $90,000 U.S. currency from MARCOS ANTONIO ZAPATA to an undercover officer in the greater Houston, Texas, area as payment for cellular phones ordered by DAVID MEJIA-QUEZADA |
| 17 | [3] FNU LNU a/k/a "Horacio" | May 22, 2024 | The transfer of approximately $150,000 U.S. currency from Person #8 to an undercover officer in the greater Houston, Texas, area as payment for cellular phones ordered by FNU LNU a/k/a "HORACIO" |

| Count | Defendant(s) | On or About Date | Financial Transaction |
|---|---|---|---|
| 18 | [3] FNU LNU a/k/a "Horacio"<br><br>[8] Diego Gonzalez-Rosales<br><br>[30] Jesus Horacio Garza | May 30, 2024 | The transfer of approximately $249,875 U.S. currency from JESUS HORACIO GARZA to an undercover officer in the greater Houston, Texas, area as payment for cellular phones ordered by FNU LNU a/k/a "HORACIO" and DIEGO GONZALEZ-ROSALES |
| 19 | [3] FNU LNU a/k/a "Horacio"<br><br>[31] Enio Gonzalez-Barreto | June 13, 2024 | The transfer of approximately $60,000 U.S. currency from ENIO GONZALEZ-BARRETO to an undercover officer in the greater Houston, Texas, area as payment for cellular phones ordered by FNU LNU a/k/a "HORACIO" |
| 20 | [8] Diego Gonzalez-Rosales<br><br>[32] Brandy Nikoll Meadows | June 18, 2024 | The transfer of approximately $231,720 U.S. currency from BRANDY NIKOLL MEADOWS to an undercover officer in the greater Houston, Texas, area as payment for cellular phones ordered by DIEGO GONZALEZ-ROSALES |
| 21 | [8] Diego Gonzalez-Rosales<br><br>[33] Othoniel Gonzalez II | July 3, 2024 | The transfer of approximately $80,000 U.S. currency from OTHONIEL GONZALEZ II to an undercover officer in the greater Houston, Texas, area as payment for cellular phones ordered by DIEGO GONZALEZ-ROSALES |
| 22 | [1] Francisco Jaramillo-Valdovinos<br><br>[10] Asad Wali Kesaria | August 14, 2024 | The transfer of approximately $108,000 U.S. currency from Person #7 to ASAD WALI KESARIA in the greater Houston, Texas, area as payment for cellular phones |
| 23 | [1] Francisco Jaramillo-Valdovinos<br><br>[10] Asad Wali Kesaria | October 1, 2024 | The transfer of approximately $201,000 U.S. currency from an undercover officer to Person #9 in the greater Houston, Texas, area as payment for cellular phones |

## COUNT TWENTY-FOUR
Possession with Intent to Distribute Cocaine

11.     On or about October 31, 2023, within the Southern District of Texas and elsewhere,

defendant

## [13] AGUILEO DUARTE-CHAVEZ,

aiding, abetting, and assisting others known and unknown to the Grand Jury, did knowingly,

unlawfully, and intentionally possess with intent to distribute a controlled substance.  This

violation involved five kilograms or more of a mixture of substance containing a detectable amount

of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and Title

18, United States Code, Section 2.

## COUNT TWENTY-FIVE
Possession with Intent to Distribute Cocaine

12.     On or about June 18, 2024, within the Southern District of Texas and elsewhere,

defendant

## [32] BRANDY NIKOLL MEADOWS,

aiding, abetting, and assisting others known and unknown to the Grand Jury, did knowingly,

unlawfully, and intentionally possess with intent to distribute a controlled substance.  This

violation involved five kilograms or more of a mixture of substance containing a detectable amount

of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and Title

18, United States Code, Section 2.

## COUNT TWENTY-SIX
Possession with Intent to Distribute Cocaine

13.     On or about June 27, 2024, within the Southern District of Texas and elsewhere, defendant

## [31] ENIO GONZALEZ-BARRETO,

aiding, abetting, and assisting others known and unknown to the Grand Jury, did knowingly, unlawfully, and intentionally possess with intent to distribute a controlled substance. This violation involved a mixture of substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT TWENTY-SEVEN
Possession with Intent to Distribute Cocaine

14.     On or about July 18, 2024, within the Southern District of Texas and elsewhere, defendant

## [33] OTHONIEL GONZALEZ II,

did knowingly, unlawfully, and intentionally possess with intent to distribute a controlled substance. This violation involved a mixture of substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C).

## COUNT TWENTY-EIGHT
Possession with Intent to Distribute Heroin

15.     On or about December 13, 2023, within the Southern District of Texas and elsewhere, defendant

### [16] CLISERIO NAJERA-VALENZUELA,

did knowingly, unlawfully, and intentionally possess with intent to distribute a controlled substance.  This violation involved one kilogram or more of a mixture of substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A).

## COUNT TWENTY-NINE
Possession with Intent to Distribute Alprazolam

16.     On or about July 30, 2024, within the Southern District of Texas and elsewhere, defendant

### [26] MARCOS ANTONIO ZAPATA,

did knowingly, unlawfully, and intentionally possess with intent to distribute a controlled substance.  This violation involved a mixture of substance containing a detectable amount of alprazolam, a Schedule IV controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(2).

## NOTICE OF FORFEITURE
18 U.S.C. § 982(a)(1)

17.     Pursuant to Title 18, United States Code, Section 982(a)(1), the United States gives notice that in the event of conviction of an offense in violation of Title 18, United States Code, Section 1956, the defendants,

**[1] FRANCISCO JARAMILLO-VALDOVINOS,**
**[2] ANGELBERTO QUEZADA-MEJIA,**
**[3] FNU LNU a/k/a "HORACIO,"**
**[4] ALEJANDRO OLMEDO-RODRIGUEZ,**
**[5] JOEL QUEZADA-REYES,**
**[6] DAVID MEJIA-QUEZADA,**
**[7] JAIME HUGO SANCHEZ,**
**[8] DIEGO GONZALEZ-ROSALES,**
**[9] NABEEL IQBAL,**
**[10] ASAD WALI KESARIA,**
**[11] YOSSIO RESENDEZ,**
**[12] LORENA ARAQUISTAIN,**
**[13] AGUILEO DUARTE-CHAVEZ,**
**[14] VICTOR GARCIA-CISNEROS,**
**[15] PRIMO HERNANDEZ-GARCIA,**
**[16] CLISERIO NAJERA-VALENZUELA,**
**[17] MARCOS PINEDA-MENDOZA,**
**[18] JUAN CONTRERAS-MORALES,**
**[19] ABEL DELGADO-ROJAS,**
**[20] ROGELIO ZUNIGA-REYES,**
**[21] YONATAN DUARTE-GARCIA,**
**[22] DIEGO MACENTYRE-RODRIGUEZ,**
**[23] ANDRES RAMIREZ-DUARTE,**
**[24] NORBERTO CORONADO-MATA,**
**[25] MAYCO JAIMES,**
**[26] MARCOS ANTONIO ZAPATA,**
**[27] ALEX PEREZ-SANCHEZ,**
**[28] KALLE ROBERT CORT,**
**[29] JOSE HERNANDEZ-OLVERA,**
**[30] JESUS HORACIO GARZA,**
**[31] ENIO GONZALEZ-BARRETO,**
**[32] BRANDY NIKOLL MEADOWS,**
**[33] OTHONIEL GONZALEZ II,**
**[34] CRISTIAN ALEXIS GARZA,**

shall forfeit to the United States of America any property, real or personal, involved in such offense, and any property traceable to such property.

<u>**NOTICE OF FORFEITURE**</u>
21 U.S.C. § 853(a)

18.     Pursuant to Title 21, United States Code, Section 853(a), the United States gives notice to the defendants,

**[13] AGUILEO DUARTE-CHAVEZ,**
**[16] CLISERIO NAJERA-VALENZUELA,**
**[26] MARCOS ANTONIO ZAPATA,**
**[31] ENIO GONZALEZ-BARRETO,**
**[32] BRANDY NIKOLL MEADOWS,**
**[33] OTHONIEL GONZALEZ II,**

that upon conviction of Possession with Intent to Distribute a Controlled Substance, the following

property, whether real or personal, is subject to forfeiture:

a.      Any property constituting, or derived from, any proceeds obtained, directly

or indirectly, as the result of such violation; and

b.      Any property used, or intended to be used, in any manner or part, to commit,

or to facilitate the commission of, such violation.

Property Subject to Forfeiture

19.     The property subject to forfeiture includes, but is not limited to, the following:

a.      $68,500 in United States currency seized from **[13] AGUILEO DUARTE-**

**CHAVEZ** on or about October 31, 2023;

b.      $416,580 in United States currency seized from **[14] VICTOR GARCIA-**

**CISNEROS** on or about November 3, 2023;

c.      $14,546 in United States currency seized from **[15] PRIMO**

**HERNANDEZ-GARCIA** on or about December 5, 2023;

d.      $98,498 in United States currency seized from [19] **ABEL DELGADO-**

**ROJAS** on or about January 25, 2024;

e.      $190,000 in United States currency seized from **[20] ROGELIO**

**ZUNIGA-REYES** on or about March 26, 2024;

f.  $4,900 in United States currency believed to be the property of **[31] ENIO GONZALEZ-BARRETO** and seized from E.A.S. on or about June 27, 2024;

g.  $21,300 in United States currency seized from **[33] OTHONIEL GONZALEZ II** on or about July 18, 2024;

h.  $44,010 in United States currency seized from **[26] MARCOS ANTONIO ZAPATA** on or about July 30, 2024; and

i.  $3,800 in United States currency seized from **[26] MARCOS ANTONIO ZAPATA** on or about July 30, 2024.

## Money Judgment

20.  Defendants are notified that upon conviction, the United States may seek a money judgment in the amount equal to the total value of the property subject to forfeiture.

## Substitute Assets

21.  If any of the property described above, as a result of any act or omission of the defendants,

a.  cannot be located upon the exercise of due diligence;

b.  has been transferred or sold to, or deposited with, a third party;

c.  has been placed beyond the jurisdiction of the court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property that cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

A True Bill:

**Original Signature on File**
_____
Grand Jury Foreperson

ALAMDAR S. HAMDANI
United States Attorney

By: _____
Stephanie Bauman
Sherin S. Daniel
Leo J. Leo, III
Assistant United States Attorneys
713-567-9000

17