UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | CASE NO. 4:24-CR-580-26 |
| | | Judge Sim Lake |
| MARCOS ANTONIO ZAPATA | § | |

ORDER AMENDING CONDITIONS OF RELEASE

Pending before this Court is the defendant's Unopposed Motion to Amend Conditions of Pre-Trial Release to allow him to travel within the State of Texas for employment purposes only.

The Court, after due consideration of the pleadings, finds that the motion should be granted.

IT IS ORDERED that defendant's Unopposed Motion to Amend Conditions of Pre-Trial Release in this cause is GRANTED, and the Court ORDERS that the defendant's conditions of pre-trial release be amended to permit the defendant to travel within the State of Texas for employment purposes only.

IT IS SO ORDERED.

Signed on _FEBRUARY 3_____, 2025.

Sim Lake
United States District Judge