United States District Court
Southern District of Texas
**ENTERED**
May 23, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CASE NO. 4:24-CR-580-10 |
| v. | § | |
| | § | |
| ASAD WALI KESARIA, | § | |
| Defendant. | § | |

## ORDER TO MAINTAIN CUSTODY

Pending before the Court is the United States's Unopposed Motion to Maintain Custody of Seized Property. The Indictment in this case provides notice to Defendant Asad Wali Kesaria that in the event of conviction, the United States intends to seek the forfeiture of property as provided by Title 18, United States Code, Section 982(a)(1). The United States filed a supplement to notify Defendant that the property subject to forfeiture includes, but is not limited to, $371,000 U.S. currency seized on or about January 23, 2025, from Defendant's business location, known as Parts4Cells. *See* Docket Entry No. 286.

Having considered the motion, the record, and the applicable law, the Court has decided to **GRANT** the motion.

Accordingly, it is **ORDERED** that, pursuant to 18 U.S.C. § 983(a)(3) and 21 U.S.C. § 853(e)(1), the United States **SHALL** maintain custody of and preserve the seized property pending resolution of the forfeiture proceedings in this case.

It is so **ORDERED**.

Signed in Houston, Texas, on __May 23__, 2025.

HON. SIM LAKE
United States District Judge