United States District Court
Southern District of Texas
**ENTERED**
July 07, 2026
Nathan Ochsner, Clerk

*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF TEXAS*
*HOUSTON DIVISION*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **CRIMINAL DOCKET4:24-CR-580-17** |
| *versus* | § | |
| | § | **JUDGE SIM LAKE** |
| **MARCOS PINEDA-MENDOZA** | § | |

## AMENDED ORDER ON DEFENDANT'S UNOPPOSED MOTION TO EXPEDITE SENTENCING

Defendant Pineda-Mendoza's unopposed motion to expedite the sentencing hearing is

**GRANTED.**

Pineda-Mendoza will be sentenced on July 17, 2026, at 2:00 pm.

Objections to the PSR must be filed by July 15, 2026.

Signed on July 7, 2026.

Sim Lake
United States District Judge